LAURA E. DUFFY
United States Attorney
WILLIAM P. COLE
CAROLINE P. HAN
Assistant U.S. Attorneys
California State Bar Nos. 186772/250301
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7859/557-5220
William.P.Cole@usdoj.gov
Caroline.Han@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 10CR4246-JM |
|---|---|
| Plaintiff, | ) |
| v. | ) JOINT MOTION FOR <u>AMENDED</u> PROTECTIVE ORDER |
| BASAALY SAEED MOALIN, et al., | ) |
| Defendants. | ) |

Plaintiff United States of America and defendants Basaaly Saeed Moalin, Mohamed Mohamed Mohamud, Issa Doreh, and Ahmed Nasir Taalil Mohamud hereby jointly move the Court to amend the current protective order to provide that the audio FISA Information, and translations thereof, may be deposited with the detention facilities for direct access by the defendants. In support of this joint motion, the parties state as follows:

    1. On January 3, 2011, the Court issued a protective order restricting and governing the dissemination of sensitive discovery materials, including, primarily, FISA

1 Information provided to the defense in discovery.  Among
2 other things, the protective order provides that "defense
3 counsel shall store all sensitive discovery materials, and
4 any copies thereof, in a secure place[.]"
5    2.   The FISA Information discovered to defense counsel
6 consists primarily of audio recordings and certain
7 translations thereof.  The Government and defense counsel
8 agree that pre-trial preparation would be more efficient if
9 individual defendants could directly access and review audio
10 recordings and translations at the facilities in which they
11 are detained without always requiring a defense attorney or
12 investigator to be present with the copies, to the extent
13 permitted by the facilities.
14    3.   Accordingly, the parties jointly propose amending
15 the protective order to make clear that the aforementioned
16 audio recordings, and translations thereof, may be deposited
17 with the detention facilities (in a manner, and under
18 procedures, acceptable to the facilities) for access by the
19 defendants.
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

2                         10CR4246

1    4.  Concurrently herewith, the Government is submit the
2  proposed amended protective order to the Court via e-mail.
3       Dated:   February 24, 2011.
4                                  Respectfully submitted,
5                                  LAURA E. DUFFY
                                   United States Attorney
6
                                   s/William P. Cole
7                                  WILLIAM P. COLE
                                   CAROLINE P. HAN
8
                                   Assistant U.S. Attorneys
9
                                   Attorneys for Plaintiff
10                                 United States of America
11
                                   LAW OFFICES OF HOLLY S. HANOVER
12
                                   s/Holly S. Hanover
13                                 HOLLY S. HANOVER
14                                 Attorney for Defendant
                                   Ahmed Nasir Taalil Mohamud
15
16                                 Marc B. Geller, APC
17                                 s/Marc B. Geller
                                   MARC B. GELLER
18
                                   Attorney for Defendant
19                                 Basaaly Saeed Moalin
20                                 Law Office of Kenneth Troiano
21                                 s/Kenneth J. Troiano
                                   KENNETH J. TROIANO
22
                                   Attorney for Defendant
23                                 Issa Doreh
24                                 Law Office of Mahir T. Sherif
25                                 s/Mahir T. Sherif
                                   MAHIR T. SHERIF
26
                                   Attorney for Defendant Mohamed
27                                 Mohamed Mohamud
28

                                    3                       10CR4246

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10CR4246-JM |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| BASAALY SAEED MOALIN, et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, William P. Cole, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **Joint Motion for Amended Protective Order** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Marc Geller
   Attorney for defendant Moalin
2. Mahir Sherif
   Attorney for defendant Mohamud
3. Kenneth Troiano
   Attorney for defendant Doreh
4. Holly Hanover
   Attorney for defendant Ahmed Nasir Taalil Mohamud

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2011.

                                s/William P. Cole
                                WILLIAM P. COLE