LAURA E. DUFFY
United States Attorney
WILLIAM P. COLE
CAROLINE P. HAN
Assistant U.S. Attorneys
California State Bar Nos. 186772/250301
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7859/557-5220
William.P.Cole@usdoj.gov
Caroline.Han@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10CR4246-JM |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | JOINT STATUS REPORT ON DEFENDANTS' DIRECT ACCESS TO SENSITIVE DISCOVERY MATERIALS |
| BASAALY SAEED MOALIN, et al., | ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

Plaintiff United States of America and defendants Basaaly Saeed Moalin, Mohamed Mohamed Mohamud, Issa Doreh, and Ahmed Nasir Taalil Mohamud hereby jointly file a status report on defendants' direct access to sensitive discovery materials.

**BACKGROUND**

Much of the discovery in this case consists of audio recordings of intercepts authorized under the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as well as translations of certain portions of the audio recordings. On January 3, 2011, United States District Judge Jeffrey T.

Miller issued a protective order governing the dissemination of such audio recordings and transcripts. [Docket No. 34.] The protective order provided that "defense counsel shall store all sensitive discovery materials, and any copies thereof, in a secure place[.]" [Id.]

Defense counsel suggested that, in order for the defendants to review the voluminous audio recordings in an efficient manner, there should be a mechanism by which the defendants could directly access the audio recordings (and translations thereof) within the detention facilities without always requiring the presence of defense counsel or a defense investigator.

On February 22, 2011, United States Magistrate Judge Gallo held a hearing to address this issue. Judge Gallo continued the hearing to March 10, 2011, directing defense counsel and the Government to confer further concerning the issue and to provide a joint status report to the Court by March 8, 2011.

**STATUS REPORT**

Increasing the defendants' direct access to the audio FISA information and translations involves three components: (1) revising the protective order; (2) determining what type of access the detention facilities will authorize; and (3) securing appropriate equipment, if necessary, for the defendants to listen to the audio calls.

**A.   Amended Protective Order**

On February 25, 2011, Judge Miller issued an amended protective order providing that "defense counsel are

2

authorized to provide copies of the audio FISA information, and translations thereof, for review by the defendant at the facility where the defendant is detained outside the presence of counsel." [Docket No. 56.] The amended protective order provides that the defendants shall comply with all protocols and procedures established by the facilities for accessing, reviewing and securing the copies when they are not being used by the defendants.[1]

Accordingly, the protective order now provides a framework for direct access by the defendants, subject to procedures established by the detention facilities.

**B.  Access at the Detention Facilities**

The Government has conferred with representatives of the Metropolitan Correctional Center and GEO Detention Center.  As described below, each facility has agreed to provide the defendants with substantial, direct access to the audio recordings and translations.

**1.  Metropolitan Correctional Center**

Defendants Mohamed Mohamed Mohamud and Ahmed Nasir Taalil Mohamud are currently housed at the Metropolitan Correctional Center (MCC). MCC representatives have advised the Government that these defendants will be granted joint access to discovery on a computer in the library for up to 24 hours a week, when the library is open to male inmates. Mohamud and Nasir also may choose to split the access time.

---

[1]    The amended protective order also provides that the defendant shall not copy the audio FISA information, or translations thereof, or otherwise make such materials or any portion thereof available to anyone not a party to this matter.

10CR4246

The defendants may obtain the discovery discs and transcripts from MCC's Education Services department, which will keep and maintain them.  The Government will provide a set of the already discovered discs and transcripts to the MCC on or about March 11, 2011.

### 2.  GEO

Defendants Basaaly Moalin and Issa Doreh are housed at GEO.  GEO's representative has advised the Government that there are two options for providing these defendants with substantial, direct access to the audio recordings and translations.  First, if the defense or the Court will provide a dedicated laptop for this purpose, defendants Moalin and Doreh will be provided joint access to the discovery in an attorney visitor room from 4:00 a.m. to 8:00 a.m. daily.  These defendants also may choose to split the access time.  Alternatively, if no computer is available for this purpose, then GEO has offered to give the defendants access to the discovery on the law library computer from midnight to 4:00 a.m. every day, when other inmates are not present.  Kenneth Troiano, counsel for Issa Doreh, has proposed alternative hours for the access time.  That proposal has been shared with GEO, and a response is awaited.

### 3.  Laptop for GEO

MCC has advised that it has the necessary equipment to support this special discovery access for defendants Mohamud and Nasir.  As noted, however, GEO does not have a dedicated laptop for defendants Moalin and Doreh to have access from

10CR4246

1   4 a.m. to 8 a.m. each day.

2        Kenneth Troiano has made an inquiry to determine if CJA

3   funds can be used to pay for the computer, which the parties

4   view as an inexpensive way to increase discovery access and

5   substantially decrease attorney and investigator costs.

6

7    Dated: March 8, 2011

8                                    Respectfully submitted,

9                                    LAURA E. DUFFY
                                     United States Attorney
10
                                     s/Caroline P. Han
11                                   CAROLINE P. HAN
                                     WILLIAM P. COLE
12                                   Assistant U.S. Attorneys

13                                   Attorneys for Plaintiff
                                     United States of America
14

15                                   Marc B. Geller, APC

16                                   s/ Marc B. Geller
                                     MARC B. GELLER
17
                                     Attorney for Defendant
18                                   Basaaly Saeed Moalin

19
                                     Law Office of Mahir T. Sherif
20
                                     s/ Mahir T. Sherif
21                                   MAHIR T. SHERIF

22                                   Attorney for Defendant
                                     Mohamed Mohamed Mohamud
23

24                                   Law Office of Kenneth Troiano

25                                   s/ Kenneth J. Troiano
                                     KENNETH J. TROIANO
26
                                     Attorney for Defendant
27                                   Issa Doreh

28                                   Law Offices of Holly S. Hanover

10CR4246

1

s/Holly S. Hanover
HOLLY S. HANOVER

2

Attorney for Defendant
Ahmed Nasir Taalil Mohamud

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10CR4246

1

2                      UNITED STATES DISTRICT COURT

3                    SOUTHERN DISTRICT OF CALIFORNIA

4    UNITED STATES OF AMERICA,        )     Case No. 10CR4246-JM
                                      )
5                    Plaintiff,       )
                                      )
6              v.                     )
                                      )     CERTIFICATE OF SERVICE
7    BASAALY SAEED MOALIN et al.,     )
                                      )
8                    Defendants.      )
     ─────────────────────────────────)
9
     IT IS HEREBY CERTIFIED THAT:
10
          I, CAROLINE P. HAN, am a citizen of the United States
11   and am at least eighteen years of age.  My business address
     is 880 Front Street, Room 6293, San Diego, California 92101-
12   8893.

13        I am not a party to the above-entitled action.  I have
     caused service of Joint Status Report on Defendants' Access
14   to Discovery on the following parties by electronically
     filing the foregoing with the Clerk of the District Court
15   using its ECF System, which electronically notifies them.

16        1.   Marc Geller
               Attorney for defendant Moalin
17        2.   Mahir Sherif
               Attorney for defendant Mohamed Mohamed Mohamud
18        3.   Kenneth Troiano
               Attorney for defendant Doreh
19        4.   Holly Hanover
               Attorney for defendant Ahmed Nasir Taalil Mohamud
20
          I declare under penalty of perjury that the foregoing
21   is true and correct.

22        Executed on March 8, 2011.

23                             s/Caroline P. Han
                               CAROLINE P. HAN
24

25

26

27

28

                                   7