1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      )      10CR4246-JM
                                    )
12                 Plaintiff,       )      ORDER EXCLUDING TIME
                                    )
13         v.                       )
                                    )
14   BASAALY SAEED MOALIN, et al.,  )
                                    )
15                 Defendants.      )
     _____ )

16

17       Having  considered  the  Joint  Motion  by  the  United

18   States, Basaaly Saeed Moalin, Mohamed Mohamed Mohamud, Issa

19   Doreh, and Ahmed Nasir Taalil Mohamud for an Order Excluding

20   Time under the Speedy Trial Act, the Court finds that:

21       1.   This is a multi-defendant case;

22       2.   The  charged  offenses  are  serious,  in  that  they

23   involve, among other things, allegations of conspiracy to

24   kill in a foreign country and conspiracy to provide material

25   support to a foreign terrorist organization and terrorists;

26       3.   The case involves electronic surveillance under the

27   Foreign Intelligence Surveillance Act of 1978, 50 U.S.C. §§

28   1801-1812, 1821-1829 (FISA), and the discovery includes, but

is not limited to, approximately 1800 audio intercepts in the Somali language;

4. Due to the number of defendants, the volume of discovery, and the nature of the prosecution, this matter is so complex and so unusual it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by 18 U.S.C. § 3161, and the ends of justice in granting adequate time for preparation outweigh the best interests of the public and the defendants in a speedy trial; and

5. Time has previously been excluded under the Speedy Trial Act from November 5, 2010, through April 7, 2011, due to the filing, pendency, and the Court's consideration of, motions on the docket.

Accordingly, IT IS HEREBY ORDERED THAT the period from April 7, 2011, to June 16, 2011, is excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(ii).

SO ORDERED.

DATED: April 28, 2011

_____
Hon. Jeffrey T. Miller
United States District Judge

10CR4246