# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          vs.<br><br>BASAALY MOALIN,<br><br>                          Defendants. | CASE NO. 10cr4246 JM<br><br>SCHEDULING ORDER |

On or about October 7, 2011 the court received an <u>ex parte</u> application from Defendants requesting a co-defendant meeting with all Defendants and counsel present ("Application").  Upon review of the Application,

    1.  The court denies the request to place the <u>ex parte</u> Application under seal;

    2.  Defendants are ordered to immediately serve the Application on the United States;

    3.  The United States shall file a response to the Application by November 4, 2011;

    4.  Defendants may file a reply to the Government's response by November 11, 2011; and

    5.  This matter is calendared for oral argument on ***November 18, 2011 at 11:30 a.m.***

**IT IS SO ORDERED.**

DATED:  October 12, 2011

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:          All parties

10cr4246