**JOSHUA L. DRATEL**
Admitted *Pro Hac Vice*
**ALICE L. FONTIER**
California State Bar No.229994
DRATEL & MYSLIWIEC, P.C.
2 Wall Street, 3rd Floor
New York, New York 10005
Telephone: (212) 732-0707

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER )**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-CR-4246 (JM) |
| Plaintiff, | |
| v. | APPLICATION FOR CO-DEFENDANT MEETING |
| BASAALY MOALIN, | |
| Defendant. | |

PLEASE TAKE NOTICE that defendant BASAALY MOALIN makes this application, before the Honorable Jeffrey T. Miller, United States District Judge for the Southern District of California, located at 940 Front Street, San Diego, California, for an order granting a co-defendant meeting on November 1, 2011, or another date convenient for the Court, at a time and location that is convenient for the Court and the Bureau of Prisons. All counsel for all defendants will be present at the co-defendant meeting.

Basaaly Moalin and Issa Doreh are currently detained at the Western Region Detention Facility San Diego (GEO). Mohamed Mohamud and Ahmed Taalil Mohamud are currently detained at the Metropolitan Correctional Center (MCC). Because the defendants are housed separately, it is not possible to conduct a co-defendant meeting at either facility. A co-defendant meeting, with all defense counsel present, is essential to the preparation of a defense in this matter. Accordingly, Mr. Moalin requests that

the Court schedule a co-defendant meeting and order the defendants to be produced for that meeting in court on November 1, 2011.

      Linda Moreno, attorney for Mohamed Mohamud, Tom Durkin, attorney for Ahmed Mohamud, and Ahmed Ghappour, attorney for Issa Doreh, join in this request. The government through Assistant United States Attorney Caroline Han does not object to this request.

      Respectfully submitted,

      S/Joshua L. Dratel
      Joshua L. Dratel
      JOSHUA L. DRATEL, P.C.
      2 Wall Street, 3rd Floor
      New York, New York 10005
      (212) 732-0707
      jdratel@dratelmys.com

      *Attorney for Defendant Basaaly Moalin*

– *Of Counsel* –

Joshua L. Dratel
Alice L. Fontier

To:    THE HON. JEFFREY T. MILLER
        UNITED STATES DISTRICT JUDGE

        WILLIAM COLE
        CAROLINE HAN
        ASSISTANT UNITED STATES ATTORNEYS