1  LAURA E. DUFFY
   United States Attorney
2  WILLIAM P. COLE
   CAROLINE P. HAN
3  Assistant U.S. Attorneys
   California State Bar Nos. 186772/250301
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7859/557-5220
6  William.P.Cole@usdoj.gov
   Caroline.Han@usdoj.gov
7
   Attorneys for Respondent
8  United States of America

9              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,        )  Case No. 10CR4246-JM
11                                   )
                Plaintiff,           )  RESPONSE TO DEFENDANT
12                                   )  MOALIN'S APPLICATION FOR
                                     )  CO-DEFENDANT MEETING
13      v.                           )
                                     )
14 BASAALY MOALIN(1),                )
                                     )
15              Defendants.          )
                                     )
16 _____  )

17
        COMES NOW the UNITED STATES OF AMERICA, by and through
18
   its counsel, Laura E. Duffy, United States Attorney, William
19
   P. Cole and Caroline P. Han, Assistant United States
20
   Attorneys, and respectfully submits the following Response
21
   to Defendant's Application for Co-defendant Meeting.
22
   //
23
   //
24
   //
25
   //
26
   //
27
   //
28

I.

The United States has no objection to the defendant's application.

Dated:   October 17, 2011.

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

s/Caroline P. Han
CAROLINE P. HAN
WILLIAM P. COLE
Assistant U.S. Attorneys

Attorneys for Plaintiff
United States of America

10CR4246

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF CALIFORNIA

3    UNITED STATES OF AMERICA,      )    Case No. 10CR4246-JM
                                    )
4                   Plaintiff,      )
                                    )
5              v.                   )
                                    )    CERTIFICATE OF SERVICE
6    BASAALY MOALIN(1),             )
                                    )
7                   Defendants.     )
     _____)

8    IT IS HEREBY CERTIFIED THAT:

9        I, CAROLINE P. HAN, am a citizen of the United States
10   and am at least eighteen years of age.  My business address
     is 880 Front Street, Room 6293, San Diego, California 92101-
11   8893.

12       I am not a party to the above-entitled action.  I have
     caused service of Response to Defendant's Application for
13   Co-defendant  Meeting  on  the  following  parties  by
     electronically filing the foregoing with the Clerk of the
14   District Court using its ECF System, which electronically
     notifies them.

15

16       1.   Joshua L. Dratel
              Attorney for defendant

17       I declare under penalty of perjury that the foregoing
     is true and correct.
18

         Executed on October 17, 2011.
19

20                             s/Caroline P. Han
                               CAROLINE P. HAN
21

22

23

24

25

26

27

28

                                                              10CR4246