1   **JOSHUA L. DRATEL**
    Admitted *Pro Hac Vice*
2   **ALICE L. FONTIER**
    California State Bar No.229994
3   DRATEL & MYSLIWIEC, P.C.
    2 Wall Street, 3rd Floor
4   New York, New York 10005
    Telephone:  (212) 732-0707
5

6   Attorneys for Basaaly Moalin

7

8

9                          UNITED STATES DISTRICT COURT

10                         SOUTHERN DISTRICT OF CALIFORNIA

11                         **(HONORABLE JEFFREY T. MILLER )**

12

13  UNITED STATES OF AMERICA,          )      Case No. 10-CR-4246 (JM)
                                       )
14              Plaintiff,             )
                                       )
15  v.                                 )      DECLARATION OF
                                       )      JOSHUA L. DRATEL IN
16  BASAALY MOALIN,                    )      SUPPORT OF MOTIONS
                                       )
17              Defendant.             )
    _____)

18

19          Joshua L. Dratel, Esq., pursuant to 28 U.S.C. §1746, hereby affirms under penalty of perjury:

20  1.      I am a lawyer, and I represent defendant Sabirhan Hasanoff in the above-captioned

21  case.  I make this Declaration in support of Mr. Moalin's Motions to, (1) suppress evidence obtained

22  pursuant to a FISA wiretap in violation of the statute, the First, and Fourth Amendments; (2) suppress

23  evidence obtained during a search of Mr. Moalin's home in violation of Mr. Moalin's Fourth Amendment

24  rights; (3) suppress a statement obtained from Mr. Moalin in violation of his Sixth Amendment right to

25  counsel; (4) compel production of *Brady* material; (5) grant leave to join co-defendant's motions; and (6)

26  grant leave to file further motions.

27  2.      Attached as Exhibits to this Declaration, and relevant to Mr. Moalin's motion, are the following:

28          a.      FBI report, FIG assessment, dated June 15, 2011, attached as Exhibit 1

            b.      *Miranda* Waiver form, dated October 31, 2010, Search and Seizure Warrant, dated October

1     29, 2010, attached as Exhibit 2

2   c.  FBI 302, dated November 2, 2011, attached as Exhibit 3

3   d.  Search and Seizure Warrant, dated October 29, 2010, attached as Exhibit 4

4   e.  Application for Search and Seizure Warrant, dated October 29, 2010, attached as Exhibit 5

5   f.  FBI report, dated February 24, 2009, attached as Exhibit 6

6 3.  The legal and factual bases for these motions are set forth in the accompanying Statement of Facts

7   and Points of Authorities, and it is respectfully requested that the facts set forth therein be

8   incorporated by reference in this Declaration.

9 4.  Prior application for this relief has not been made.

10   WHEREFORE, it is respectfully requested that the Court grant Mr. Moalin's Motions in their

11 entirety.

12   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge

13 and belief.  28 U.S.C. §1746.

14 Executed:  December 9, 2011

15       /S/ Joshua L. Dratel
        JOSHUA L. DRATEL

16

17

18

19

20

21

22

23

24

25

26

27

28