(Rev. 05-01-2008)



# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE      **Date:** 06/15/2011

**To:** San Diego

**From:** San Diego
       **Contact:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Approved By:** ▇▇▇▇▇▇▇▇
**Drafted By:** ▇▇▇▇▇▇▇▇▇▇
**Case ID #:** ▇ ▇▇▇▇▇▇▇▇▇▇ (Pending)
**Title:** ▇ BASAALY SAEED MOALIN,

**Synopsis:** ▇ To document San Diego FIG assessment of Basaaly Moalin's motivation for providing financial support to al-Shabaab circa April, 2009.



▇ **Full Investigation Initiated:** 12/18/2007

**Reference:** ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Details:** ▇ On 04/23/2009, as per the referenced document, the San Diego Field Intelligence Group (FIG) provided the following assessment of Basaaly Moalin's possible motivation for providing financial support to al-Shabaab in Somalia:

▇▇▇▇▇▇▇▇ The San Diego FIG assesses that Moalin, who belongs to the Hawiye tribe/Habr Gedir clan/Ayr subclan, is the most significant al-Shabaab fundraiser in the San Diego Area of Operations (AOR). Although Moalin has previously expressed support for al-Shabaab, he is likely more attentive to Ayr subclan issues and is not ideologically driven to support al-Shabaab. The San Diego FIG assesses that Moalin likely supported now deceased senior al-Shabaab leader Aden Hashi Ayrow due to Ayrow's tribal affiliation with the Hawiye Tribe/Habr Gedir



To: San Diego   From: San Diego
Re: ███ ████████████, 06/15/2011


clan/Ayr Subclan rather than his position in al-Shabaab. Moalin has also worked diligently to support Ayr issues to promote his own status with the Habr Gedir elders. The San Diego FIG assesses, based on reporting that Moalin has provided direction regarding financial accounts to be used when transferring funds overseas that he also serves as a controller for the US-based al-Shabaab fundraising network

♦♦

GA-DOCS-000052