FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription   11/02/2010

On November 1, 2010, a Federal search warrant was executed at the residence of Basally Saeed Moalin, 3810 Winona Ave #116, San Diego CA. Moalin was arrested at another location on October 31, 2010. The details of that arrest are provided in a seperate FD-302. At approximately 9:30 am, Special Agents conducted a knock and announce with no response. Agents attempted to open the front door with keys provided by the property manager without success. Agents located a unlocked window located next to the front door. Agents entered through the window, secured the residence and detained one individual later identified as Ali A. Mohamed, date of birth ▓▓▓▓▓, California drivers license ▓▓▓▓▓. At approximately 9:50 am photographs were initiated by SA Audeene D. Ott and a log was prepared by SA Joel T. Anderson. A sketch was prepared by SA Arthur B. Jarjisian. The following team members were involved in the search or were located at the scene:

SA Suzanne Duke
SA Audeene Ott
SA Arthur Jarjisian
SA Joel Anderson
SA Brian Martin
IA Imad Farhadi
SA Mike Kaiser
SA Ryan Hefner
SA Adam Way
SA Mike Rod
SA Colby O'Very
SA Doug Bortzfield
SA Matt Perkins
SA Gretchen Evaul
SA Justin Zuccolotto
SA Shane Waterfield
SA Jonathan Cupina
SA Justin Menolascino
SA Drew Bedell

Based on information provided by Ali A. Mohamed it was determined that Basally Saeed Moalin resided on the left side in the room referred to as room D in the sketch and photo log. The

Investigation on   11/01/2010   at   San Diego, California

File #  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   Date dictated

by   SA Suzanne Duke and SA Audeene D. Ott

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

MOALIN-DOCS-000015

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of _____, On 11/02/2010 , Page 2

search team conducted a search of room D and the common area referred to as room A (family room and kitchen).

Room D, Moalin's bedroom, was search by SA Audeene Ott and SA Joel Anderson. The following items were located:

One red AT&T blackberry, PIN #24641F3E (item #1 in sketch)
One red and black ware 4GB thumb drive (item #2 in sketch)
One LG VHS tape labeled "Cobdi" (item #3 in sketch)
One Tomtom and charger, CNO:RH3458A04642 (item #4 in sketch)
Various documents (item #5 in sketch)

Room A, the family room, was searched by SA Suzanne Duke and SA Brian Martin. Located on top of a desk in room A were the following items referred to as #6 in the sketch:

Cox statement with a phone number - addressed to Moalin
Chase statement - addressed to Moalin
SDGE statement - addressed to Moalin
City of San Diego statement - addressed to Moalin
Bank of America statement - addressed to Moalin
Typed letter signed by Moalin
Miscellaneous documents with several phone numbers

The following items where located in Room A, inside the desk and referred to as #7 in the sketch:

Registrar of voters - addressed to Moalin
SDSC statement - addressed to Moalin
Bank of America receipt
San Diego Superior Court statement - addressed to Moalin
Three notes with phone numbers

AT&T SIM chip - SN 89014104232786122589 ( item #8 in the sketch)

MP3 player with 2 CD's located inside. The CD's were had "Tafsirka Quraanka" written on them. (item #9 in the sketch)

The following items where located in room A, in the kitchen cupboard and inside a box. The items are referred to as #10 in the sketch:

Several Continental Express money order records
Two Western Union money order records
Several pay records/stubs for Moalin
Tawakal Express and Service document with phone number

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of _____, On 11/02/2010, Page 3

    The following items where located in room A, in the kitchen cupboard and referred to as #11 in the sketch:

Medi-Cal statement - addresses to Moalin
Photo copy of Moalin's California drivers license and social security card.
US Bank statement - addressed to Moalin
Bank of America statement - addressed to Moalin
Two Western Union records
Note with phone number

    During the search of the residence a note, the size of a business card, was located on top of the cable box which was on top of the television in room A. Located on the note were several phone numbers. A photograph of the note was taken by IA Imad Farhadi on his Blackberry. A copy of the photograph was placed in a 1A envelope and filed in the 302 sub-file.

    At the conclusion of the search, exit photographs were completed. A copy of the search warrant and copies of three FD-597s were photographed and left inside the residence. At 11:38 am, the residence was secured and custody was released to Ali A. Mohamed.

    SA Duke transported all seized items to the San Diego FBI evidence room which were entered into evidence at 12:35 pm. The camera used to photograph the scene was submitted to the evidence room and all photographs will be processed by the FBI photography department. The photo log, the sketch and the original FD-597s were placed in 1A envelopes and filed in the 302 sub-file.

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  10/25/2010

    From October 12, 2010 through October 25, 2010, writer and Michael Jobe, Criminal Intelligence Analyst, searched Shidaal Express Inc. receipts that were obtained from the hawala Shidaal Express. Receipts were specifically searched for the telephone number 619-278-1189, which is most often associated with the name Basal Said or a similar spelling. Some of the receipts discovered included additional names, and a few receipts did not utilize the area code 619 but still included 278-1189. From the receipts searched, 79 receipts were discovered containing the number 619-278-1189.

    All receipts have been photocopied and saved in a 1A envelope attached to this report. Sixteen receipts are listed in table format below. Spelling throughout the tables may vary. The tables have been filled using the spelling taken from each of the 16 receipts. The sixteen receipts are of interest to the FBI either because of the amount of the money being transferred ($500 or more), or due to the identity of the intended recipient.

---

Investigation on  10/25/2010  at  FBI

File #  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                                Date dictated  10/25/2010

by  Brian Heath Martin:bhm

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.