**SEALED**

# UNITED STATES DISTRICT COURT
for the
Southern District of California

10 OCT 29 PM 2:36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of                       )
*(Briefly describe the property to be searched*      )
*or identify the person by name and address)*        )   Case No. 10 MJ 3574
                                                     )
3810 Winona Avenue, #116,                            )
San Diego, California 92105                          )
                                                     )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Southern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2339A; 18 U.S.C. 2339B; 18 U.S.C. 956; 18 U.S.C. 1956(h) | Conspiracy to Provide Material Support to Terrorists; Conspiracy to Provide Material Support to Foreign Terrorist Organization; Conspiracy to Kill in a Foreign Country; Conspiracy to Launder Monetary Instruments |

The application is based on these facts:

See attached affidavit of FBI Special Agent Michael Kaiser

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Michael Kaiser
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/29/10

City and state: SAN DIEGO, CALIFORNIA

_____
*Judge's signature*
JAN M. ADLER
U.S. MAGISTRATE JUDGE
*Printed name and title*