(Rev. 05-01-2008)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 02/24/2009

**To:** San Diego                    **Attn:** SA Michael C. Kaiser

    Counterterrorism          **Attn:** SSA Sean M. O'Donovan

    Counterterrorism          **Attn:**

**From:** Atlanta

    **Contact:** TFO Marc A. Nadeau,

**Approved By:**

**Drafted By:** Shephard Tara D
    Nadeau Marc A

**Case ID #:** ▮▮▮▮▮▮▮▮▮▮ (Pending)

**Title:** ▮▮▮▮▮▮▮▮

**Synopsis:** (U) Customs and Border Protection (CBP) passenger information captured during secondary examination.

**Administrative:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

██████

To: San Diego   From: Atlanta
Re: ███████████████, 02/24/2009

**Enclosure(s):** (U) Copies of pocket litter and identifiable information retrieved from BASAALY MOALIN.

**Details:** (U) The following information was received from Customs and Border Protection (CBP) Hartsfield-Jackson Airport, Atlanta, Georgia. This verbatim report is from CBP Officer Thompson, telephone number ████████████, and is an account of the secondary examination of the passenger listed below. This information was retrieved via the Treasury Commutations Enforcement Systems Incident Log Report (IOIL) Report Number:

(U) Subject MOALIN, Basaaly Saeed (DOB ███████) arrived at Atlanta Hartsfield Jackson International Airport (ATL) port of entry on 0218/2009 aboard DL-29 from Charles De Gaulle International Airport located in Paris, France (CDG) having originally embarked from Jomo Kenyatta International Airport located in Nairobi, Kenya (NBO) seeking admission as a United States citizen. In support of MOALIN's application for admission he presented a United States passport bearing number ████. CTR Officer Thompson encountered MOALIN at 1400hrs in "Red Secondary" because MOALIN is subject of TECS record ID# ██████████████████. MOALIN stated the purpose of his trip was to visit family in Nairobi, Kenya. MOALIN indicated on his Customs Declaration (CBP-6059-B) that he was destined to ████ Trojan Avenue ████ San Diego, CA. CTR Officer Thompson examined MOALIN's baggage. MOALIN claims to have departed the United States with $500 and is in possession of $100 today. MOALIN was admitted USC and was allowed to proceed.

NTC Information:
Log Number:
Times, Names, Purpose of Contact:
1. 0554     NTC-Scott notified
2. 0800     JTTF-Cheney notified
3. 0800     ICE-Rutherford notified
4. 1130     ICE-Franco notified

Other Officers Present During Inspection:
JTTF: none
ICE: Franco

(U) Interview Details: Subject MOALIN, Basaaly Saeed (DOB ██████████ was referred to passport control secondary for a CTRT interview because MOALIN is the subject of TECS record

████████████

████

To: San Diego  From: Atlanta
Re: ████████████████, 02/24/2009

████████████████████████████. MOALIN stated he left the United States for 2 months to visit family in Nairobi, Kenya and to also visit extended family and friends in Hargeisa, Somalia. MOALIN explained that his wife and children reside in Nairobi, Kenya. MOALIN claims to have not attended any professional business conferences and/or trainings while out of the United States. MOALIN stated he is a taxi-driver for "Yellow Cab, Co." working in the San Diego, CA area.

(U) MOALIN explained that he became a United States citizen around 2000-2001. Since that time MOALIN has returned nearly each year to Mogadishu, Somalia to visit his wife. MOALIN's wife has since relocated to Nairobi, Kenya about 8 months ago. MOALIN stated Somalia is too dangerous for his family. MOALIN has 4 children also living with his wife in Nairobi, Kenya. Once MOALIN arrived in Nairobi, Kenya he stayed there from December 2, 2008 until December 17, 2008. On December 17, 2008 MOALIN and his wife departed Nairobi, Kenya going to Hargeisa, Somalia to visit extended family and friends. MOALIN claims to have stayed at the "Al Jazeera Hotel" located in Hargeisa, Somalia and met with "Engineer Wardheere" who MOALIN has known since he was a child. MOALIN stated he isn't sure what "Engineer Wardheere's" name is and knows him only as this name since he is an engineer for a construction company in Somalia. MOALIN also claims to have contacted: ROBLE, Farah Abdi (DOB ██████████ one of MOALIN's cousins who supposedly resides in St. Louis, MO and is a truck driver for an unknown trucking company. MOALIN and his wife returned to NAIROBI, Kenya on January 03, 2009. MOALIN stated that "local people" cared for his children while he and his wife were in Somalia. MOALIN continued by stating that from January 03, 2009 through February 17, 2009 he stayed in Nairobi, Kenya. This last segment of his travel, MOALIN stated his brothers visited him from Uganda. MOALIN stated his brother: ROBLE, Isse Sheikhnor although is a United States citizen, resides in Kampala, Uganda and is supposedly works at a currency exchange company "Piro Exchange".

(U) MOALIN was asked why most of his family have the surname "Roble" MOALIN stated that he was once a "Roble" too. However, upon his entrance into the United States he changed his name to not be "discriminated/victimized" by other Somalis since it was a very "old family". MOALIN claimed to have no influences for his new name and just chose it.

████

GA-DOCS-000063

■

To:   San Diego   From:   Atlanta
Re:   ███████████████, 02/24/2009

    (U)   MOALIN stated he frequently send financial support to his wife in Nairobi, Kenya. MOALIN claims to send about $3,500 annually.

    (U)   A baggage exam of MOALIN's baggage yielded no significant information.

    (U)   MOALIN was in possession of 2 cellular telephones. CTR Officer Thompson inspected the cellular telephones in accordance with CBP policy with negative results.

    (U)   MOALIN departed Minneapolis-Saint Paul International Airport (MSP) and flew in-transit through Amsterdam Airport Schiphol located in Amsterdam, Netherlands (AMS) to NBO. After the 2 month visit with his family MOALIN departed Nairobi, Kenya via NBO and transited through CDG before arriving in ATL. A review of MOALIN's passport showed previous travel to United Arab Emirates. MOALIN stated that in the past he used UAE as a transit point on his way to Somalia.

NO DEROGATORY INFORMATION TO PRECLUDE ADMISSION. Subject was admitted USC by CTR Officer Thompson per SCBPO Carswell at 1610hrs.

ELECTRONIC MEDIA SEARCHED/DETAINED:
1. 2 cellular telephones, searched and returned

    (U)   (DX2)The subject's 2 cellular telephones were examined in accordance with agency procedure and returned to the subject upon completion of the examination. One was a Blackberry with no power and no charger available and the second was an I-Phone for which there was no technology available

Indexed Information:

SUBJECT'S NAME:     MOALIN, Basaaly Saeed

A/K/A's:            ROBLE, Mussa
DOB:
SEX:                Male
POB:                          Somalia
COC:                United States
PP#:                          United States
A#:
SSN:
DL#:

■

4

██████

To: San Diego    From: Atlanta
Re: ██████████████████, 02/24/2009

```
HOME ADDRESS:
                            San Diego, CA 92115
OTHER ADDRESS:
                            San Diego, CA 92105
OTHER ADDRESS:
                            Collinsville, IL 62234
FOREIGN ADDRESS:
                            Nairobi, Kenya
EDUCATION:                  Educational Cultural Complex 1996-1999
                            Electronics
EMPLOYER NAME:              Yellow Cab, Co.
EMPLOYER ADDRESS:           Unknown
PERSONAL E-MAIL ADDRESS:
WORK E-MAIL ADDRESS:                Unknown
TECS RECORD:


WIFE'S NAME:                MOHAMED, Maryan Cali

A/K/A's:
DOB:
SEX:
POB:
COC:
PP#:
A#:
SSN:
DL#:
HOME ADDRESS:

OTHER ADDRESS:
FOREIGN ADDRESS:
EDUCATION:
EMPLOYER NAME:
EMPLOYER ADDRESS:
PERSONAL E-MAIL ADDRESS:
WORK E-MAIL ADDRESS:
TECS RECORD:


SON'S NAME:                 S       A       B

A/K/A's:
DOB:
SEX:
POB:
```

██████

GA-DOCS-000065

To: San Diego   From: Atlanta
Re: ███████████████, 02/24/2009


COC:
PP#:
A#:
SSN:
DL#:
HOME ADDRESS:

OTHER ADDRESS:
FOREIGN ADDRESS:
EDUCATION:
EMPLOYER NAME:
EMPLOYER ADDRESS:
PERSONAL E-MAIL ADDRESS:
WORK E-MAIL ADDRESS:
TECS RECORD:

SON'S NAME:          S.      A           B.

A/K/A's:
DOB:
SEX:
POB:
COC:
PP#:
A#:
SSN:
DL#:
HOME ADDRESS:

OTHER ADDRESS:
FOREIGN ADDRESS:
EDUCATION:
EMPLOYER NAME:
EMPLOYER ADDRESS:
PERSONAL E-MAIL ADDRESS:
WORK E-MAIL ADDRESS:
TECS RECORD:

SON'S NAME:          S       A           B

A/K/A's:
DOB:
SEX:
POB:
COC:
PP#:

GA-DOCS-000066

To: San Diego  From: Atlanta
Re: ███████████████, 02/24/2009


A#:
SSN:
DL#:
HOME ADDRESS:

OTHER ADDRESS:
FOREIGN ADDRESS:
EDUCATION:
EMPLOYER NAME:
EMPLOYER ADDRESS:
PERSONAL E-MAIL ADDRESS:
WORK E-MAIL ADDRESS:
TECS RECORD:

DAUGHTER'S NAME:      S.      A      B

A/K/A's:
DOB:
SEX:
POB:
COC:
PP#:
A#:
SSN:
DL#:
HOME ADDRESS:

OTHER ADDRESS:
FOREIGN ADDRESS:
EDUCATION:
EMPLOYER NAME:
EMPLOYER ADDRESS:
PERSONAL E-MAIL ADDRESS:
WORK E-MAIL ADDRESS:
TECS RECORD:

BROTHER'S NAME:       ROBLE, Isse Sheikhnor

A/K/A's:              ROBLE, Isse Sheikhnoor
DOB:
SEX:
POB:
COC:
PP#:
A#:

GA-DOCS-000067

To: San Diego  From: Atlanta
Re: ███████████████, 02/24/2009

SSN:
DL#:
HOME ADDRESS:


OTHER ADDRESS:

OTHER ADDRESS:

FOREIGN ADDRESS:
EDUCATION:
EMPLOYER NAME:
EMPLOYER ADDRESS:
PERSONAL E-MAIL ADDRESS:
WORK E-MAIL ADDRESS:
TECS RECORD:

COUSIN'S NAME:          ROBLE, Farah Abdi

A/K/A's:
DOB:
SEX:
POB:
COC:
PP#:
A#:
SSN:
DL#:
HOME ADDRESS:

OTHER ADDRESS:

FOREIGN ADDRESS:
EDUCATION:
EMPLOYER NAME:
EMPLOYER ADDRESS:
PERSONAL E-MAIL ADDRESS:
WORK E-MAIL ADDRESS:
TECS RECORD:


BROTHER'S NAME:         ROBLE, Osman Sheikhnoor

A/K/A's:                ROBLE, Osman Sheikhnor

8

▬

To:    San Diego   From:  Atlanta
Re:    ▬▬▬▬▬▬▬▬▬▬, 02/24/2009


DOB:
SEX:
POB:
COC:
PP#:
A#:
SSN:
DL#:
HOME ADDRESS:                                              et

OTHER ADDRESS:

FOREIGN ADDRESS:
EDUCATION:
EMPLOYER NAME:
EMPLOYER ADDRESS:
PERSONAL E-MAIL ADDRESS:
WORK E-MAIL ADDRESS:
TECS RECORD:


BROTHER'S NAME:        ROBLE, Mohamed Sheikhnoor

A/K/A's:               ROBLE, Mohamed Sheikhnor

DOB:
SEX:
POB:
COC:
PP#:
A#:
SSN:
DL#:
HOME ADDRESS:

OTHER ADDRESS:
FOREIGN ADDRESS:
EDUCATION:
EMPLOYER NAME:
EMPLOYER ADDRESS:
PERSONAL E-MAIL ADDRESS:
WORK E-MAIL ADDRESS:
TECS RECORD:

▬

GA-DOCS-000069

To: San Diego    From: Atlanta
Re: ███████████████, 02/24/2009

SISTER'S NAME:        ROBLE, Maria Sheikhnoor

A/K/A's:
DOB:
SEX:
POB:
COC:
PP#:
A#:
SSN:
DL#:
HOME ADDRESS:

OTHER ADDRESS:
FOREIGN ADDRESS:
EDUCATION:
EMPLOYER NAME:
EMPLOYER ADDRESS:
PERSONAL E-MAIL ADDRESS:
WORK E-MAIL ADDRESS:
TECS RECORD:

:

GA-DOCS-000070