### Certificate of Service

I, Alice L. Fontier, declare as follows:

I am a citizen of the United States and resident of New York, N.Y.; I am over the age of 18 years and not a party to the within action; my business address is: 2 Wall Street, 3rd Floor, New York, NY 10005, telephone number: (212) 732-0707.

On December 9, 2011, I served the referenced *Notice of Motion and Motion to Suppress Statements and Physical Evidence, Compel Production of* Brady *Material, Join Co-Defendant's Motions, and Grant Leave to File Further Motions* in *United States v. Basaaly Moalin*, 10-CR-4246-JM-01, by delivering a copy of the same to the parties indicated below, by ECF System, which electronically notifies them:

    Linda Moreno (Defendant 2)

    Ahmed Ghappour (Defendant 3)

    Thomas Durkin (Defendant 4)

    William P. Cole (Government)

    Caroline Pineda Han (Government)

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:   December 9, 2011
                New York, New York

                                            /S/ Alice L. Fontier
                                              Alice L. Fontier