UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10cr4246-JM |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING EXTENSION OF TIME** |
| BASAALY MOALIN et al., | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the United States' Motion for an Extension of Time to File a Motion Pursuant to 18 U.S.C. App. III (CIPA) Section 4 is hereby GRANTED. The United States shall file its initial motion pursuant to CIPA Section 4 on or before February 29, 2012.

DATED: February 21, 2012

_____
Hon. Jeffrey T. Miller
United States District Judge