UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10cr4246-JM |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER STRIKING MOTION FOR BILL |
| ) | OF PARTICULARS (Ct. Dkt. 185) |
| BASAALY MOALIN et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Without first obtaining a hearing date as required by Criminal Rule 47.1, Defendant Issa Doreh filed a Motion for Bill of Particulars. Consequently, the Clerk of Court is instructed to strike docket entry 185 from the court docket in this matter. The court informs all parties that it anticipates setting a further pretrial motion hearing date at the time of the September 10, 2012 status hearing.

**IT IS SO ORDERED.**

DATED: September 6, 2012

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties