UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-CR-4246-JM (WVG) |
| Plaintiff, | ) ) ) | **ORDER FOR WITNESS DEPOSITIONS TO OCCUR IN DJIBOUTI** |
| v. | ) ) | |
| BASAALY SAEED MOALIN (1), MOHAMED MOHAMED MOHAMUD (2), ISSA DOREH (3), AHMED NASIR TAALIL MOHAMUD (4). | ) ) ) ) ) | |
| Defendants. | ) ) | |

On August 23 and 30, and September 6, 2012, this Court held in person and telephonic Status Conferences with counsel for all parties. Based on the discussions which took place between counsel and the Court during the Status Conferences, and information provided by both Plaintiff's counsel and Defense counsel, the depositions of the eight Somali witnesses identified by Defendants are hereby Ordered to occur in Djibouti, Djibouti on October 29, through November 2, 2012.

It is further Ordered that depositions will be taken only of the witnesses who voluntarily present themselves in Djibouti with valid visas on the specified dates. There will not be another opportunity for these witnesses to be deposed. Defense counsel shall notify the witnesses sufficiently in advance of the location and dates of the depositions so that they are able to make the necessary arrangements to obtain visas and travel to Djibouti.

It is further Ordered that counsel for all parties are to ensure that all local laws, regulations and procedures for the conduct of depositions are complied with.

This Court will hold another telephonic Status Conference on September 13, 2012, at 7:00 a.m. Only counsel must participate and the Court will initiate the call. During this Conference, the Court directs the parties to be prepared to address the following areas:

1. Location within Djibouti where the depositions will be conducted;
2. Who will be responsible for securing the location; and
3. Who will be responsible for coordinating the availability of a court reporter and videographer.

IT IS SO ORDERED.

DATED: September 6, 2012

Hon. William V. Gallo
U.S. Magistrate Judge