MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

<u>USA</u> v. <u>MOALIN</u> No. <u>10-CR-4246-JM (WVG)</u>

<u>HON. WILLIAM V. GALLO</u>     <u>CT. DEPUTY J. YAHL</u>     <u>RPTR.            </u>

<u>Attorneys</u>

| <u>Plaintiffs</u> | <u>Defendants</u> |
|---|---|
| WILLIAM COLE | THOMAS DURKIN |
| CAROLINE HAN | ALICE FONTIER |
|  | AHMED GHAPPOUR |

This Court held a Status Conference on September 17, 2012.

If Defendants decide to file a motion regarding the allocation of expenses related to the witness depositions in Djibouti, Djibouti, any motion shall be filed on or before <u>September 28, 2012</u>. Any response by Plaintiff shall be filed on or before <u>October 5, 2012</u>.

On **October 1, 2012**, at **7:30 a.m.**, the Court will convene another telephonic Status Conference. Only counsel must participate and the Court will initiate the call.

IT IS SO ORDERED.
DATED:  September 25, 2012

Hon. William V. Gallo
U.S. Magistrate Judge