MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

<u>USA</u> v. <u>MOALIN</u> No. <u>10-CR-4246-JM (WVG)</u>

<u>HON. WILLIAM V. GALLO</u>       <u>CT. DEPUTY J. YAHL</u>       <u>RPTR.          </u>

<u>Attorneys</u>

| <u>Plaintiffs</u> | <u>Defendants</u> |
|---|---|
| WILLIAM COLE | THOMAS DURKIN |
| CAROLINE HAN | ALICE FONTIER |
|  | AHMED GHAPPOUR |
|  | LINDA MORENO |

This Court held a Status Conference on October 1, 2012.

On or before <u>October 19, 2012</u>, Defense counsel shall obtain from each Defendant a written waiver of their right to be present at the depositions in Djibouti. <u>See</u> Fed. R. Crim. P. 15(c)(1)(A).

On <u>October 15, 2012</u>, at <u>7:00 a.m.</u>, the Court will convene another telephonic Status Conference. Only counsel must participate and the Court will initiate the call.

IT IS SO ORDERED.
DATED:  October 9, 2012

                                            _____
                                            Hon. William V. Gallo
                                            U.S. Magistrate Judge