**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

USA v. MOALIN No. 10-CR-4246-JM (WVG)

HON. WILLIAM V. GALLO        CT. DEPUTY J. YAHL        RPTR.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| WILLIAM COLE | THOMAS DURKIN |
| CAROLINE HAN | AHMED GHAPPOUR |
|  | LINDA MORENO |

This Court held a Status Conference on October 15, 2012. Another telephonic Status Conference is set for October 24, 2012, at 7:00 a.m. Only counsel must participate at the Court will initiate the call.

IT IS SO ORDERED.
DATED: October 15, 2012

                                            Hon. William V. Gallo
                                            U.S. Magistrate Judge