```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF CALIFORNIA

                   USA v. MOALIN No. 10-CR-4246-JM (WVG)
```

HON. WILLIAM V. GALLO         CT. DEPUTY J. YAHL              RPTR.

Attorneys

Plaintiff                                     Defendants

WILLIAM COLE                                  THOMAS DURKIN

CAROLINE HAN                                  AHMED GHAPPOUR

                                              JOSHUA DRATEL

                                              ALICE FONTIER

This Court held a telephonic Status Conference on October 24, 2012. On or before October 26, 2012, at 12:00 p.m., each side shall submit briefing to the Court on the issue of "safe passage." The briefs shall be limited to five (5) pages for each side, not including any Declarations and exhibits in support of the parties' positions.

A telephonic Motion Hearing is set for October 29, 2012, at 7:00 a.m. Only counsel must participate and the Court will initiate the call.

IT IS SO ORDERED.
DATED: October 24, 2012

                                      _____
                                      Hon. William V. Gallo
                                      U.S. Magistrate Judge