UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BASAALY MOALIN et al., ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case No. 10cr4246-JM <br><br> **SCHEDULING ORDER** |

On its own motion, the court sets a telephonic Status Conference re: scheduling with counsel only for ***December 12, 2012 at 10:00 a.m.***  The court assumes that all Defendants will waive their presence for this Status Conference. Prior to discussing scheduling matters, the court will request on the record that counsel waive the appearance of their clients. Counsel for the government is instructed to coordinate the placement of a single telephone call to chambers with all parties on line at the designated time.

**IT IS SO ORDERED.**

DATED: December 4, 2012

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:         All parties