# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>  vs.<br><br>BASAALY SAEED MOALIN, et al.,<br><br>                           Defendants. | CASE NO. 10cr4246 JM<br><br>**NOTICE OF ENTRY OF ORDER GRANTING EX PARTE APPLICATION RE: SUPPLEMENTAL SUBMISSION** |

       The court provides notice to all parties that on December 17, 2012 the court filed with the Court Security Officer an order granting the Government's <u>ex parte</u> application re: supplemental submission pursuant to CIPA §4.

       **IT IS SO ORDERED.**

DATED: December 18, 2012

                                                          Hon. Jeffrey T. Miller<br>
                                                          United States District Judge

cc:      All parties