LAURA E. DUFFY
United States Attorney
STEVEN P. WARD
DOJ Trial Attorney
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (202) 305-5035/(619) 546-0450 (Fax)
Email: Steve.Ward3@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 10CR04246-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| BASAALY MOALIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Steven P. Ward | | 202-305-5035 | Steve.Ward3@usdoj.gov |

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

| Name | Cal. Bar. No. | Telephone No. | Email Address |
|---|---|---|---|

None.

Please call me if you have any questions about this notice.

DATED: January 10, 2013

    Respectfully submitted,

    LAURA E. DUFFY
    United States Attorney

    s/ Steven P. Ward
    _____
    STEVEN P. WARD
    Special Assistant U.S. Attorney
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 10CR04246-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| BASAALY MOALIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, EMILY ALLEN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of Government's Notice of Appearance by electronically filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

Joshua L. Dratel  
jdratel@joshuadratel.com

Thomas Anthony Durkin  
Tdurkin@durkinroberts.com

Ahmed Ghappour  
aghappour@gmail.com

Linda Moreno  
Lindamoreno.esquire@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2013.

s/Steven P. Ward  
STEVEN P. WARD  
Trial Attorney