Attorney Name and Address:

Ahmed Ghappour
Civil Rights Clinic
University of Texas School of Law
727 Dean Keaton St
Austin, TX 78705

PHONE: 415-505-5083

[✓] RETAINED  [ ] APPOINTED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Hon. J. Miller

COURT REPORTER

UNITED STATES OF AMERICA

vs.

Issa Doreh

CASE NO. 10 Cr. 4246 (JM)

NOTICE OF APPEAL    (Criminal)

Notice is hereby given that Issa Doreh, defendant/plaintiff above named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:    (check one)
( ) Final Judgment
( ) Sentence Only (sentence imposed)
( ) Order (describe) _____
entered in this proceeding on the 18th day of November, 2013

If a government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. §3742(b)(4)    [✓] Yes    ____ No

Date: 11/29/2013

s Ahmed Ghappour /s
Signature

Transcripts required* _____ Yes _____ No

Date   ( ) Indictment    ( ) Information Filed:
Bail status
Will there be a request to expedite the appeal?    ____ Yes    [✓] No
(Note: This does not alleviate the requirement of filing a motion to expedite which must be done in accordance with FRAP 27).

_____

* If transcript(s) required, a transcript designation and ordering form must be completed and the court reporter(s) contacted to make arrangements for transcription.